**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

Muhammad Babar Chaudhry,

    *Defendant.*

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 4:25-cr-00380

## OPINION AFFIRMING DETENTION ORDER

This matter is before the Court on Defendant Muhammad Babar Chaudhry's appeal of a pretrial detention order—an appeal this Court must determine "promptly." 18 U.S.C. § 3145(b). Chaudhry had his initial appearance in the Eastern District of Michigan on August 8, 2025, under an arrest warrant issued by this Court. The Government moved for detention, and a detention hearing was held that same day. Following the hearing, a federal magistrate judge granted the Government's motion to detain Chaudhry. Chaudhry appealed to this Court. 18 U.S.C. § 3145(b). Because the Court finds, after de novo review, (1) that there is serious risk that Chaudhry will flee and (2) no conditions of release will reasonably assure his appearance, 18 U.S.C. § 3142, the Court denies the appeal and affirms the magistrate judge's detention decision.

The Government has established by a preponderance of the evidence both that Chaudhry is a serious flight risk and "that no condition or combination of conditions will reasonably assure Defendant's appearance." *United States v. Spiegel*, No. 4:24CR121 JAR (NCC), 2024 WL 1217514, at *3 (E.D. Mo. Mar. 21, 2024) (citing 18 U.S.C. § 3142). Chaudhry

1

says "it is simply ludicrous" to think he presents a serious risk of flight. To the contrary, Chaudhry is alleged to have perpetrated a $15 million scheme to defraud a company in Missouri. If convicted, he potentially "faces a significant term of imprisonment"—the United States estimates a Guidelines range of 135–165 months of incarceration—"which could also increase his incentive to flee." *Id.* Chaudhry's incentive to flee stems from more than just this case; there is also a warrant in Kentucky based on another alleged fraudulent scheme. The Government has presented unrebutted evidence that Chaudhry lacks substantial ties to Missouri (he allegedly committed his scheme to defraud from a different State), that he travels frequently to Pakistan, and that he recently transmitted nearly $175,000 to family in Pakistan. Indeed, those transactions appear to coincide with the time of the alleged fraudulent activity in this case. The Government also represents that Pakistan lacks an extradition treaty with the United States. Finally, the Government has provided court records suggesting a pattern of Chaudhry failing to comply with court orders in civil cases, which raises concern that he may also fail to comply with orders in this case. The Government has met its burden of establishing that no condition or combination of conditions will reasonably assure Chaudhry's appearance.

**ORDERED** that the order of detention is **AFFIRMED** and that Chaudhry's appeal (ECF 15) of the order is **DENIED**.

Dated this 9th day of September, 2025

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE

2